IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CASE NO.: 4:13-CV-248-F

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JOHN MANOUSARIDIS, CHRISTOPHER MANOUSARIDIS, ZACHARIAS MANOUSARIDIS, VASILIOS MICHAILIDIS, DONNA BENNETT, APOSTOLOS BARBOUTIS, MACON MART, INC., d/b/a "Billy's Auto Sales", OKALIMERA'S, INC. d/b/a "Planet Red", NO NAME PIZZA AND SUBS, INC., and MID-TOWN VENDING, INC.,<br><br>Defendants. | **ORDER DENYING PLAINTIFF'S MOTIONS FOR ENTRY OF DEFAULT AND ALLOWING DEFENDANTS' ANSWER TO BE FILED** |

THIS MATTER having come before this Court pursuant to Rule 55 of the Federal Rules of Civil Procedure and Rule 7.1 and 77.2 of the Local Rules of this Court, and this Court having considered, Defendants', Apostolos Barboutis and Mid-Town Vending, Inc.'s, Joint Opposition to Plaintiff's Motion for Entry of Default with Memorandum of Law, the matter and for good cause shown:

IT IS NOW HEREBY ORDERED THAT the Plaintiff's Motions for Entry of Default with regard to Defendant Apostolos Barboutis and Defendant Mid-Town Vending, Inc. are DENIED.

1

IT IS HEREBY FURTHER ORDERED THAT Defendants', Apostolos Barboutis and Mid-Town Vending Inc., Joint Answer and Defenses to Plaintiff's Complaint is allowed to be filed.

This the __3rd__ day of __February__, 2015

_Julie Richards Johnston_

2