IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 4:13-CV-248-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | AGREED ORDER OF DISMISSAL |
| | ) | AS TO DEFENDANTS JOHN |
| | ) | MANOUSARIDIS, CHRISTOPHER |
| v. | ) | MANOUSARIDIS, ZACHARIAS |
| | ) | MANOUSARIDIS, VASILIOS |
| JOHN MANOUSARIDIS, et al., | ) | MICHAILIDIS, DONNA |
| | ) | BENNETT, MACON MART, INC., |
| Defendants. | ) | OKLIMERA'S INC., NO NAME PIZZA |
| | ) | AND SUBS, INC. |

Having considered the Stipulation of Dismissal with prejudice filed in the above-entitled and numbered case, the Court APPROVES the Stipulation and ORDERS that any and all claims of the United States against Defendants John Manousaridis, Christopher Manousaridis, Zacharias Manousaridis, Vasilios Michailidis, Donna Bennett, Macon Mart, Inc., Okalimera's Inc., and No Name Pizza and Subs, Inc. in this action are hereby dismissed with prejudice. The United States and the Defendants John Manousaridis, Christopher Manousaridis, Zacharias Manousaridis, Vasilios Michailidis, Donna Bennett, Macon Mart, Inc., Okalimera's Inc., and No Name Pizza and Subs, Inc. shall bear their respective costs and attorneys' fees.

SIGNED this 23rd day of February, 2015.

James C. Fox
Senior United States District Judge